# United States Court of Appeals
## For the First Circuit

No. 11-1115

UNITED STATES OF AMERICA,

Appellee,

v.

ZHEN ZHOU WU, a/k/a ALEX WU,

Defendant, Appellant.

No. 11-1141

UNITED STATES OF AMERICA,

Appellee,

v.

YUFENG WEI, a/k/a ANNIE WEI,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on March 19, 2013, should be amended as follows.

On page 21, line 3 of 1st full paragraph, replace "Richardson Electronic" with "Richardson Electronics".